# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT WESSON, | 1:08-cv-01520-DLB (HC) |
|     Petitioner, | **ORDER AUTHORIZING IN FORMA PAUPERIS STATUS** |
|   v. | |
| FEDERAL BUREAU OF PRISONS, et.al., | |
|     Respondents. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **January 6, 2009**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE